O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES (Amended)</u> -- GENERAL  -  AMENDED G-75

ENTERED JS-5

Case No.    ED CV 08-00635-SGL(FMO)                                    Date:  October 10, 2008

Title:    KEVIN D. BRYANT -v- UNKNOWN RIVERSIDE COUNTY SHERIFF'S DEPARTMENT DEPUTIES
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                              None Present
    Courtroom Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                     None present

PROCEEDINGS:    **ORDER DECLARING PLAINTIFF AN "IN PRO PER" LITIGANT;**

**ORDER DIRECTING PLAINTIFF BE PROVIDED WITH WRITING MATERIALS AND LAW LIBRARY ACCESS;**

**ORDER DIRECTING CLERK TO PROVIDE PLAINTIFF WITH CERTAIN FORMS AND DOCUMENTS OF RECORD**

    The Court has reviewed plaintiff's various letter filings and other court-issued documents of record.  According to plaintiff's reports, he has experienced inordinate difficulty in merely filing his civil rights complaint.  He continues to send improper letter communications to the Court, but these letters explain that he has been denied library access and access to writing and legal materials by prison officials because the Court's orders do not refer to his "in pro per" status.  This impediment, along with the alleged failure by prison officials to complete the Certificate of Authorized Officer on the Court's CV-60P form (page 3), has led to plaintiff's case being closed.  The closure, in turn, has led to numerous documents being rejected for filing because of the closed case status.

    It is a vast oversimplification to observe that the merits of plaintiff's complaint cannot be addressed if plaintiff's complaint is never brought before the Court.  Plaintiff should be permitted to file, and the Court review, his request to proceed without prepayment of filing fees.

ED CV 08-00635-SGL(FMO)
KEVIN D. BRYANT v UNKNOWN RIVERSIDE COUNTY SHERIFF'S DEPARTMENT DEPUTIES
MINUTE ORDER of October 10, 2008

    Toward that end, the Court **ORDERS** the following:

1. The present case shall be reopened.

2. The Clerk shall mail to plaintiff four copies of the form CV-60P (Request to Proceed Without Prepayment of Filing Fees), four copies of the form CV-66 (Civil Rights Complaint), and one copy of CV-66A (Instructions for Filing a Civil Rights Complaint by a Prisoner).

3. The Clerk shall mail to plaintiff a copy of his complaint in EDCV 08-903, Bryant v. Unknown Riverside County Deputies.

4. As stated in the Court's June 5, 2008, Riverside County Sheriff's Department staff at the Robert Presley Detention Center are advised that plaintiff is attempting to file a civil rights complaint in the United States District Court for the Central District of California.  ***He is representing himself and he should therefore be considered to be proceeding "in pro per", also known as "pro se."***  As such, he must, consistent with prison rules and the Prison Litigation Reform Act, be provided with access to writing material and the prison law library, as well as the information necessary to complete a Request to Proceed Without Prepayment of Filing Fees. See 28 U.S.C. § 1915.

5. The Clerk shall serve Deputy Purifoy, Lt. Lind, and Captain Meyer, at the publicly listed address for the Robert Presley Detention Center:  4000 Orange Street, Riverside, CA 92501.  The Clerk shall also serve a total of four copies of this Order on plaintiff.

    Although the Court previously ordered that plaintiff be served with a copy of the Local Rules, the Court is advised pamphlets containing the Local Rules are no longer available.  However, the Local Rules are available on the Court's web site:  www. cacd.uscourts.gov.

    Plaintiff is advised to review carefully the instructions for filing his civil rights complaint.  He is also advised that his case has already been assigned a case number, EDCV 08-00635 SGL (FMO), which he should fill in on the form.  Riverside County Sheriff's Department staff at the Robert Presley Detention Center are requested to promptly complete and return the Certificate of Authorized Officer on the Court's CV 60P form (page 3) for the Court's consideration.

    **IT IS SO ORDERED.**

C: Magistrate Judge Fernando Olguin

# NOTICE PARTY SERVICE LIST

**Case No.** _____    **Case Title** _____

**Title of Document** _____

| | | | | |
|---|---|---|---|---|
| ☐ | ADR | | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | BOP (Bureau of Prisons) | | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | ☐ | US Bankruptcy Court |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Chief Deputy Admin | | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Chief Deputy Ops | | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Clerk of Court | | ☐ | US Probation Office (USPO) |
| ☐ | Death Penalty H/C (Law Clerks) | | ☐ | US Trustee's Office |
| ☐ | Dep In Chg E Div | | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Dep In Chg So Div | | | |
| ☐ | Federal Public Defender | | | |
| ☐ | Fiscal Section | | | |
| ☐ | Intake Section, Criminal LA | | | |
| ☐ | Intake Section, Criminal SA | | | |
| ☐ | Intake Supervisor, Civil | | | |
| ☐ | MDL Panel | | | |
| ☐ | Ninth Circuit Court of Appeal | | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | | |
| ☐ | PSA - Los Angeles (PSALA) | | | |
| ☐ | PSA - Riverside (PSAED) | | | |
| ☐ | PSA - Santa Ana (PSASA) | | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | | |
| ☐ | Statistics Clerk | | | |

☐ ***ADD NEW NOTICE PARTY***
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

\* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

**Initials of Deputy Clerk** _____